UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 OCT 21  P 12: 04

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR95 (AHN) |
| VS. | |
| EVERETT THOMPSON | OCTOBER 19, 2002 |

## APPELLANT'S INDEX TO RECORD ON APPEAL

| | Docket No. |
|---|---:|
| Certified copy of Docket Sheet | 1 |
| Complaint, Filed 3-25-02 (Docket #1) | 2 |
| Indictment, Filed 4-02-02 (Docket # 10) | 3 |
| Second Superceding Indictment, Filed 5-07-02 (Docket #54) | 4 |
| Superceding Information, Filed 1-07-03 (Docket #224) | 5 |
| Sentencing Memorandum by Everett Thompson Filed 9-19-03 (Docket # 301) | 6 |
| Judgment as to Everett Thompson Filed 3-30-04 (Docket #32) | 7 |
| Notice of Appeal Filed 4-12-04 (Docket # 336) | 8 |

## CERTIFICATION

This is to certify that a true and correct copy of the above motion was mailed postage prepaid this 19th day of October, 2004 to:

Peter D. Markle, Esq.  
Assistant U.S. Attorney  
157 Church Street, 23rd  
New Haven, CT 06510

Mr. Everett Thompson  
Donald W. Wyatt Detention Facility  
950 High Street  
Central Falls, RI 02862

_____  
JONATHAN J. EINHORN