294

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT of CONNECTICUT

FILED

2003 ... 10  3: 55

United States of America

       Plantiff

   Vs.

Everett Craig "Teddy" Thompson

       Defendant

Docket No.3:02 CR95(AHN)

June 1, 2003

DENIED without prejudice to renew for failure to serve U.S. Attorney. D.Conn.L.Civ.R. 9(b)2. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.
9/9/03.

## DEFENDANT EVERETT CRAIG THOMPSON

## APPLICATION FOR SPECIAL SERVICES

The defendant Everett Craig "Teddy" Thompson, Pursuant to 18 U.S.C. § 3006 A(e), respectfully applies to this court for permission to engage the special services of a Psychiatric and/or Psychological specialist in the above-entitled criminal matter. The defendant submits that the services of a Psychiatrist and Psychologist are required to perform an evaluation of the defendant and to conduct a variety of tests on defendant for use by counsel for purposes of sentencing in the defendants case. In addition, The defendant believes that the results of the evaluation and testing will serve as an aid to the court at the sentencing hearing.

The defendant notes for the court that he has identified a psychiatrist and psychologist with whom the defendant feels to be acceptable in the United States District Court for The District of Connecticut and has been obtained in numerous cases within the District of Connecticut, in criminal proceedings before the Connecticut Superior Court. The defendant intends to retain the services of the following specialists:

DR. HOWARD ZONANA  
CONNECTICUT MENTAL HEALTH CENTER  
YALE UNIVERSITY  
34 PARK STREET  
NEW HAVEN, CT. 06519

DR. MADELON BARANOSKI  
CONNECTICUT MENTAL HEALTH CENTER  
YALE UNIVERSITY  
34 PARK STREET  
NEW HAVEN, CT. 06519