**FILED MANDATE**

2005 JUL -8 P 1:44

U.S. DISTRICT COURT
NEW HAVEN CT

D.Conn
02-cr-0095
Nevas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 8th day of JUNE two thousand and five,
Present:

> Hon. Joseph M. McLaughlin,
> Hon. Chester J. Straub,
> Hon. Peter W. Hall,
> *Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
JUN 8 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

United States of America

           Appellee,

    v.                                                                                     04-2936-cr

Everett Craig Thompson,

           Defendant-Appellant.

---

      Defendant-Appellant moves, with the Government's consent, to remand the case to the district court to determine whether to resentence in light of the Supreme Court's decision in *United States v Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 1003 (2d Cir. 2005). Since the time the motion was filed seeking remand, neither party has suggested a basis for issuing the remand pursuant to this court's decision filed April 27, 2005, in *United States v. Fagans*, 406 F.3d 138 (2d Cir. 2005). Accordingly, the motion is GRANTED, and the case is remanded to the district court for further proceedings in conformity with *Crosby*.

      Any appeal taken from the district court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b).

- MANDATE: 6-29-05 -

      A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

SAOCG

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
    DEPUTY CLERK