UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v | : | 3:02CR95 (AHN) |
| EVERETT CRAIG THOMPSON | : | |

SCHEDULING ORDER

Pursuant to the June 8, 2005 limited remand of this case by the Second Circuit, and in accordance with United States v. Booker, 125 S.Ct. 738 (2005), and United States v Crosby, 397 F.3d 103 (2d Cir. 2005), this court will consider whether it would have imposed a materially different sentence if the Sentencing Guidelines had been advisory.

Accordingly, counsel are invited to simultaneously submit, in writing, their position regarding this issued by August 18, 2005.  If the Defendant wishes to avoid resentencing, he promptly shall so notify the court.

SO ORDERED this 27th day of July, 2005, at Bridgeport, Connecticut.

/s/_____
Alan H. Nevas
United States District Judge