UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 3:02CR95 (AHN) |
| EVERETT CRAIG THOMPSON | : |

MOTION FOR EXTENSION OF TIME FOR

COUNSEL TO FILE THEIR WRITTEN RESPONSE TO THE LIMITED REMAND

    The United States Attorney, through Peter D. Markle, Assistant United States Attorney, respectfully moves the Court to continue the time for counsel to submit its simultaneous response to the June 8, 2005 limited remand by the Second Circuit. Pursuant to the scheduling order of July 27, 2005, the District Court has invited counsel to simultaneously submit their written responses by August 18, 2005. Counsel for the Government is currently on annual leave and will

not return until Monday, August 15, 2005. Therefore, counsel for the Government respectfully requests a continuance of two weeks to respond with the Government's position to the limited remand. The defendant, through his counsel, has no objection to a continuance.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


HAROLD H. CHEN
ASSISTANT U.S. ATTORNEY
ct24432
915 LAFAYETTE BLVD
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000

For:

PETER D. MARKLE
ASSISTANT  U.S. ATTORNEY
ct05098
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700

SO ORDERED:

_____
HONORABLE ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut,
this ____ day of August, 2005.

2

3

## CERTIFICATION

This is to certify that a copy of the foregoing Government's Motion to Continue to Respond to the Sentencing was sent this 1st day of August, 2005, via first class mail, postage pre-paid to

Jonathan Einhorn, Esq,
412 Orange Street
New Haven, Connecticut 06511

_____
HAROLD H. CHEN
ASSISTANT U.S. ATTORNEY
ct24432

For:

PETER D. MARKLE
ASSISTANT U.S. ATTORNEY
ct05098