

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 AUG -1  P 4: 18

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:02CR95 (AHN) |
| EVERETT CRAIG THOMPSON | : | |

---

## MOTION FOR EXTENSION OF TIME FOR

## COUNSEL TO FILE THEIR WRITTEN RESPONSE TO THE LIMITED REMAND

The United States Attorney, through Peter D. Markle, Assistant United States Attorney, respectfully moves the Court to continue the time for counsel to submit its simultaneous response to the June 8, 2005 limited remand by the Second Circuit. Pursuant to the scheduling order of July 27, 2005, the District Court has invited counsel to simultaneously submit their written responses by August 18, 2005. Counsel for the Government is currently on annual leave and will

not return until Monday, August 15, 2005.  Therefore, counsel for the Government respectfully

requests a continuance of two weeks to respond with the Government's position to the limited

remand.  The defendant, through his counsel, has no objection to a continuance.

                                        Respectfully Submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        HAROLD H. CHEN
                                        ASSISTANT U.S. ATTORNEY
                                        ct24432
                                        915 LAFAYETTE BLVD
                                        BRIDGEPORT, CONNECTICUT 06604
                                        (203) 696-3000

                                        For:

                                        PETER D. MARKLE
                                        ASSISTANT U.S. ATTORNEY
                                        ct05098
                                        157 CHURCH STREET
                                        NEW HAVEN, CONNECTICUT 06510
                                        (203) 821-3700

SO ORDERED:

_____
HONORABLE ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut,
this _____ day of August, 2005.

2

## CERTIFICATION

This is to certify that a copy of the foregoing Government's Motion to Continue to Respond

to the Sentencing was sent this 1ˢᵗ day of August, 2005, via first class mail, postage pre-paid to

Jonathan Einhorn, Esq,
412 Orange Street
New Haven, Connecticut 06511

HAROLD H. CHEN
ASSISTANT U.S. ATTORNEY
ct24432

For:

PETER D. MARKLE
ASSISTANT U.S. ATTORNEY
ct05098

3