UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2006 JAN -5 P 3: 49 |
| Plaintiff, | Case No. 3:02-cr-00095-AHN-3 |
| vs. | |
| EVERETT C. THOMPSON, | |
| Defendant. | December 19, 2005 |

DEFENDANT THOMPSON'S MOTION FOR COPIES OF
DOCUMENTS/TRANSCRIPTS AT GOVERNMENT EXPENSE

Everett C. Thompson, defendant pro se, respectfully moves for copies of certain documents and transcripts at government expense. In support, defendant submits the following:

1. On March 30, 2003 defendant Thompson was sentenced by this Court to 130 months imprisonment pursuant to his plea of guilty on January 7, 2003. Defendant Thompson was represented by appointed counsel (Mr. Jonathan J. Einhorn) for plea and sentencing. Attorney Einhorn's appointment was extended for purposes of appeal.

2. On numerous occasions since the time of sentencing, defendant Thompson has requested in writing, telephonically, and by third-party communication through his family to Mr. Einhorn, that Mr. Einhorn provide defendant Thompson with copies of his plea agreement, change of plea transcript, and sentencing transcript. Attorney Einhorn has failed to so provide the requested documents/transcripts.

3. By order dated June 8, 2005, the United States Court of Appeals for the Second Circuit remanded this case back to this

Court for consideration on whether defendant Thompson should be re-sentenced pursuant to United States v. Crosby, 397 F.3d 1003 (2d Cir. 2005). Since the time of that order defendant Thompson has continued to seek the above noted documents/transcripts from Mr. Einhorn to enable defendant to prepare a memorandum expressing to counsel why he should be re-sentenced, and why the record supports a re-sentencing. Attorney Einhorn has still failed to provide the requested documents.

4. Defendant Thompson further requested that Mr. Einhorn provide him with copies of any filings he intended to submit to the Court in support of a re-sentencing. Nothing has been received by defendant in that regard.

5. On or about November 19, 2005, defendant Thompson was notified by Mr. Einhorn that a hearing was held by this Court on November 16, 2005, for a determination as to whether or not it would re-sentence defendant Thompson. Because defendant was not even aware that a hearing was scheduled, he has no idea what transpired during the November 16, 2005 hearing.

6. Because defendant Thompson will be appealing, and may seek reconsideration of this Court's November 16, 2005 decision, he needs copies of the following documents:

    (a) Docket No. 226 (Plea Agreement Letter).

    (b) Docket No. 281 (Change of Plea Transcript).

    (c) 3/30/04 Sentencing Transcript.

In addition to the above listed documents, defendant

Thompson further requests that he be provided with copies of any and all filings submitted by the government and counsel for Thompson subsequent to the Second Circuit's remand pursuant to Crosby, and a copy of the transcript of the November 16, 2005 hearing held pursuant to Crosby.

7. Again, Thompson has made numerous requests to Mr. Einhorn for these documents to no avail, and he thus requests that this motion be granted in view of the futility of making further requests from Mr. Einhorn who has failed to provide these documents for more than two years.

Accordingly, to enable defendant Thompson to properly prepare for appeal, and/or a motion for reconsideration of sentencing under Crosby, defendant Thompson needs copies of the foregoing documents/transcripts, and he thus respectfully requests that this motion be granted in its entirety, and that he be provided with the requested documents/transcripts within 30 days. It should be noted that defendant Thompson is also filing a motion to relieve Mr. Einhorn. Assuming that motion is granted, he will further need the requested documents/transcripts so he can do his own research and bring new counsel up to speed on the case.

Respectfully submitted,

*Everett C. Thompson*
Everett C. Thompson
Defendant pro se
Reg. No. 14612-014
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was deposited in the legal mailbox at FCI Otisville, postage prepaid, on this 19th day of December, 2005, addressed to:

> Jonathan J. Einhorn
> Attorney at Law
> 412 Orange Street
> New Haven, CT 06511
>
> H. Gordon Hall
> U.S. Attorney's Office
> 157 Church Street, 23rd Floor
> New Haven, CT 06510

By: *Everett C. Thompson*
Everett C. Thompson