UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO.: 3:02CR95(AHN) |
| | : | |
| EVERETT CRAIG THOMPSON | : | January 9, 2006 |

### RESPONSE TO MOTIONS OF DECEMBER 19, 2005

By motions dated December 19, 2005, the defendant, acting

*pro se*, seeks appointment of new counsel and an order directing

the Government to provide him with particular transcripts and

documents.  The defendant's motions were apparently

triggered by his learning of the <u>Crosby</u> remand in his case and

the ensuing hearing in the district court on November 16, 2005 at

which the Court declined to resentence the defendant.  For the

reasons expressed by the Court and counsel at that time, the

Government respectfully requests the Court to deny the

defendant's motions as moot.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
23rd Floor, 157 CHURCH STREET
NEW HAVEN, CONNECTICUT   06604
(203) 821-3700
FEDERAL BAR NUMBER CT05153

1

## **CERTIFICATION**

This is to certify that on January 9, 2006, a copy of the within and foregoing was mailed, postage pre-paid, to Jonathan Einhorn, Esq., the defendant's attorney of record, and to the defendant.

H. Gordon Hall
Assistant U.S. Attorney