UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 3:02CR00095 (AHN) |
| v. : | |
| : | |
| EVERETT CRAIG THOMPSON : | May 9, 2006 |
| : | |

**GOVERNMENT'S MOTION TO SUPPLEMENT RECORD ON APPEAL**

The government, through the undersigned Assistant United States Attorney, hereby moves this Court, pursuant to Rule 10(e) of the Federal Rules of Appellate Procedure, for an order supplementing the record on appeal. In support of this motion, the government states as follows:

Defendant Everett Craig Thompson was charged along with a number of other defendants with being a member of a conspiracy to distribute cocaine base ("crack"). On January 7, 2003, defendant Thompson pled guilty to a one-count information charging him with conspiracy to possess with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 846 and 841(a)(1). On March 30, 2004, this Court sentenced the defendant principally to 130 months of imprisonment. Judgment entered on April 7, 2004. On April 12, 2004, the defendant filed a timely notice of appeal.

On June 8, 2005, the Second Circuit granted the defendant's motion, on consent of the government, to remand this matter to this Court for it to determine whether to resentence the defendant in light of the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005), and the Second Circuit's decision in *United States v. Crosby*, 397 F.3d 1003 (2d Cir. 2005). On November 15, 2005, this Court decided that it would not resentence the defendant pursuant to *Crosby*.

The case is now back before the Second Circuit under the court of appeals' docket number 04-2936-cr. The defendant has filed his brief, and the Government's response brief is due May 10, 2006.

On appeal, the defendant challenges only his sentence. He contends that he should have received a lesser sentence because he had a limited role in the crack distribution conspiracy to which he pleaded guilty. In his brief, the defendant compares his sentence with that of two of his co- defendants, Charles Henry Brewer III and Kevin James Cunningham, and contends that they played a significantly greater role in the conspiracy but received more lenient sentences. Specifically, he writes the following in his brief:

> The defendant Brewer received a sentence of only 12 months and the defendant Cunningham received a sentence of 120 months, both having pled guilty to one count of the superseding indictment. Both were leaders of the conspiracy. Neither received a U.S.S.G. 5K1.1 departure. There was no dispute but that the defendant was a minor or minimal player in this conspiracy.

Appellant's Brief at 3.

The government is concerned that this statement presents (inadvertently) inaccurate and incomplete information regarding the defendant's co-conspirators. Information that would assist in correcting or completing the information supplied to the court of appeals is currently under seal in this Court's Clerk's office, and defendant Thompson would not have had access to it. Such information includes, but is not limited, the Presentence Investigation Reports of defendants Brewer and Cunningham.

Accordingly, the government requests that this Court enter an order supplementing the appellate record in court of appeals' docket number 04-2936-cr by instructing this Court's Clerk's office to transmit to the court of appeals, under seal, the following sealed documents entered on this Court's docket in this case under the following docket entry numbers: (1) Docket Number 273, Presentence Investigation Report of Kevin James Cunningham; (2) Docket Numbers 388, 389, 390, and 395, regarding Charles Henry Brewer.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/S/
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct26654
915 LAFAYETTE BLVD.
BRIDGEPORT, CT 06604
(203) 696-3000
fax (203) 579-5550

<u>C E R T I F I C A T I O N</u>

      I certify that I caused a copy of the foregoing Government's Motion to Supplement Record on Appeal to be sent this 9th day of May, 2006 via first class mail postage pre-paid, to the following counsel of record:

Jonathan Einhorn, Esq.
412 Orange Street
New Haven, CT 06511


                                                  /S/
                                                  PAUL A. MURPHY
                                                  ASSISTANT UNITED STATES ATTORNEY