# JONATHAN J. EINHORN
Attorney and Counselor At Law
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
(203) 777-3777
Facsimile (203) 782-1721

FILED
2008 FEB 22  A 11: 52
U.S. DISTRICT COURT
BRIDGEPORT, CC

Gina R. Sack
Paralegal

February 20, 2008

Gail A. Berg
Paralegal

Clerk
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re:  **United States vs. Everett Craig Thompson**
     **No. 3:02cr95 (AHN)**

Dear Sir or Madam:

I have received from the Federal Defender's office the Defendant's motion to modify sentence as per the change in the "crack" guidelines.

I would be willing to continue to represent this defendant for this post-judgment purpose, inasmuch as I originally represented this defendant with regard to his plea and sentencing.

Sincerely yours,

JONATHAN J. EINHORN

JJE:gab