UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02cr95 (AHN) |
| VS. | |
| EVERETT CRAIG THOMPSON | APRIL 29, 2008 |

**MOTION FOR REAPPOINTMENT AS COUNSEL FOR THE
DEFENDANT, EVERETT CRAIG THOMPSON**

  The defendant, EVERETT CRAIG THOMPSON, by and through undersigned counsel, requests that the Court reappoint counsel to represent Mr. Thompson, in order to represent him for a reduction of sentence crack cocaine pursuant to 18 U.S.C. §3582(C). In making this motion, defendant asserts that undersigned counsel represented defendant at the time of his original sentencing and is in the best position to represent at this new stage in his case. Defendant has been incarcerated since the time of his sentencing and is otherwise without funds to pay for the services of counsel for this important motion.

  WHEREFORE, defendant respectfully moves this court to re-appoint undersigned counsel to represent defendant in his pursuit of relief and reduction of his sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines. Defendant respectfully moves that his motion be granted.

            RESPECTFULLY SUBMITTED,
            DEFENDANT EVERETT CRAIG THOMPSON


            BY _____
             JONATHAN J. EINHORN, ESQ.
            412 ORANGE STREET
            NEW HAVEN, CONNECTICUT 06511
            203-777-3777
            FEDERAL BAR NO. ct00163

## **CERTIFICATION**

      I hereby certify that on April 29, 2008, a copy of the foregoing Motion was sent via first class mail, postage prepaid, to the following:

H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06510

Warren Maxwell
Deputy Chief United States Probation Officer
U.S. Probation Office
157 Church Street
New Haven, Connecticut 06510

                                                 _____
                                                 JONATHAN J. EINHORN

                                               _____
                                               JONATHAN J. EINHORN