# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02cr95 (AHN) |
| VS. | |
| EVERETT CRAIG THOMPSON | APRIL 29, 2008 |

### MOTION OF DEFENDANT EVERETT CRAIG THOMPSON RE: REDUCTION OF SENTENCE CRACK COCAINE OFFENSE 18 U.S.C. § 3582

Defendant EVERETT CRAIG THOMPSON, in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to reduce the sentence imposed upon him by the Court on March 30, 2004, pursuant to 18 U.S.C. §3582 and the recent amendments to the sentencing guidelines governing crack cocaine offenses. In this regard, defendant cites the Notice filed by the Government in this case dated March 10, 2008.

In its Notice, the Government concludes that this Court should exercise its discretion and reduce the sentence imposed in Defendant's case to 103 months in prison.

WHEREFORE, in light of the foregoing, and the Notice of the Government, and the Addendum prepared by and submitted by the United States Probation Office, Defendant respectfully moves this Court to grant this motion to reduce Defendant's sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines.

Defendant respectfully moves that his motion be granted.

                    RESPECTFULLY SUBMITTED,
                    DEFENDANT, EVERETT CRAIG THOMPSON

                    BY _____
                     JONATHAN J. EINHORN, ESQ.
                    412 ORANGE STREET
                    NEW HAVEN, CONNECTICUT 06511
                    203-777-3777
                    FEDERAL BAR NO. ct00163

## CERTIFICATION

I hereby certify that on April 29, 2008, a copy of the foregoing Motion was sent via first class mail, postage prepaid, to the following:

H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06510

Warren Maxwell
Deputy Chief United States Probation Officer
U.S. Probation Office
157 Church Street
New Haven, Connecticut 06510

                    _____
                    JONATHAN J. EINHORN