FILED
May 8th, 2008
2008 MAY 13 P 2:35
DISTRICT COURT

REF:
EVERETT C. THOMPSON 3:02(CR95)

Dear Honorable A.H. Nevas,

I recieved the notice of inelgebility from the probation office dated March 6, 2008. In light of the issue they have raised I'm sending a copy of the discussion of U.S.S.G § 1B1.10.

Sir section 1B1.10 is merely advisory, all guideline provisions are advisory and cannot be construed as binding on the court or the sentencing judge. While Booker may not be retroactively applied to cases not on appeal, its reasoning applies to the imposition of a new sentence under § 3582(c). I have no mandatory minimum, plus my criminal category points are wrongly calculated due to the fact the government took the PSR's assertion that I was a career offender. Possession is not a controlled substance offense and thus for cannot be used for the purpose of a career offender enhancement as stated in light of Supreme Court ruling Salinas vs. United States, 126 S.Ct 1675 (April 24, 2006) the Supreme Court vacated a defendants career offender sentence and remanded the matter for re-sentencing. The court found that under §4B1.1 simple possession offenses do not count as prior conviction for purposes of the career offender enhancement. The probation department determined my career offender level from an arresting document which is not acceptable according to U.S. vs. Sheppard, 125 S.Ct. 1254 (2005) Courts may not rely upon underlying reports or complaints to determine identity of prior convictions. Under the preponderance of the evidence standard the government intial burden is to prove the existence of a valid prior conviction under U.S. vs. Torres, 81 F.3d 900. Honorable Nevas I am including a copy of my arrest from the state of Conn that shows all my arrest, If you review it you will see there is no intervening arrest as stated in the PSR and the governments brief on page 24 foot note 5. of there brief on direct appeal.

SEE PAGE 2.

UPON YOUR REVIEW YOU WILL NOTICE NO ARREST ON JAN 18, 1991 AND MARCH 19, 1991 AS STATED BY THE GOVERNMENTS BRIEF ON DIRECT APPEAL ON PAGE 21 A. RELEVANT FACTS. I'M ASKING YOU SIR TO REVIEW THESE FACTS AS THEY SHOW THE GOVERNMENTS BURDEN WAS NEVER ASWELL I AM NOT A CAREER OFFENDER AS PROBATION STATES, DUE TO THE FACTS AS STATED (1.) POSSESION IS NOT A CONTROLLED SUBSTANCE OFFENSE AND THUS FOR CAN NOT BE APPLIED FOR CAREER OFFENDER APPLICATION AS STATED IN U.S vs. SALINAS, 126 S.Ct 1675 (APRIL 24, 2006)
(2) THE GOVERNMENT NEVER PROVED THE BURDEN OF PROOFF TO ESTABLISH THE DEFENDANT AS A CAREER OFFENDER. IN LIGHT OF TAYLOR 495 U.S. 575 2143 SCT AND SHEPHARD, 125 S.Ct 1254, ARREST REPORTS OR COMPLAINTS ARE INSUFFICIENT. ENCLOSED YOUR HONOR ARE FACTS SURROUNDING THE PROBATIONS ASSERTION AND CLAIMS THE GOVERNMENT AFFIRMED. I ASK THAT YOU DETERMINE YOUR FINDINGS THROUGH THE INFORMATION I PROVIDED ASWELL LET THE LORD OUR GOD GUIDE YOUR HEART. THANK YOU FOR YOUR TIME.

SINCERLY
Everett Craig Thompson
14612-014

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

NY035017C                                              ICN IFCS0004000033957791

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

                         ****NOTICE****
                   SUBJECT OF RECORD IS WANTED
               SEE END OF RECORD FOR MORE INFORMATION

NAME                                FBI NO.           DATE REQUESTED
THOMPSON,EVERETT CRAIG              539171KA7         2004/05/10

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B      1970/02/01   603      172      BLU    BRO    CONNECTICUT

FINGERPRINT CLASS   PATTERN CLASS                   CITIZENSHIP
23 15 09 12 14      RS RS RS RS RS WU LS LS LS LS   UNITED STATES
DI 13 10 12 14                  WU              WU

1-ARRESTED OR RECEIVED 1989/03/06   SID- CT00479117
   AGENCY-POLICE DEPARTMENT NEW HAVEN (CT0009300)
      AGENCY CASE-25519
      CHARGE 1-LARCENY 6TH
      CHARGE 2-LARCENY 2ND

2-ARRESTED OR RECEIVED 1991/05/20   SID- CT00479117       THIS IS NOT ME!
   AGENCY-POLICE DEPARTMENT NEW HAVEN (CT0009300)
      AGENCY CASE-42319 NAME USED-THOMPSON,TERRANCE
      CHARGE 1-POSS NARC
      CHARGE 2-POSS NARC WITS

3-ARRESTED OR RECEIVED 2002/03/24
   AGENCY-DEA-RESIDENT OFF NEW HAVEN (CTDEA0300)
      NAME USED-THOMPSON,EVERETT CRAIG TEDDY
      CHARGE 1-21 USC 846 CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE
             COCAINE

4-ARRESTED OR RECEIVED 2002/03/24A
   AGENCY-USM NEW HAVEN (CTUSM0100)
      AGENCY CASE-14612014
      CHARGE 1-21 USC 846 CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE
             COCAINE

                              EXHIBIT-1
END OF PART 1 - PART 2 TO FOLLOW

```
MOVEMENTS    NUMBER:     146424      NAME:  THOMPSON,EVERETT CRAIG    PAGE   2
FILE:  CEN.REC.WRHSE                 MED FILE:  BRIDGEPORT CCC
                                        DATE    SEQ    LOCATION          JUR  STA
TRANSFER AMONG DOC LOCATIONS          5/28/1992  1   131 UNION AVE DC    131   U
TRANSFER AMONG DOC LOCATIONS          2/14/1992  1   124 CORR/RAD CC     124   U
TRANSFER AMONG DOC LOCATIONS          1/06/1992  1   122 NEW HAVEN CCC   122   U
READMISSION, B/O AND CONTINUED       12/27/1991  1   131 UNION AVE DC    131   U
DISCHARGE FROM CMTY RESIDENCE         4/16/1991  1   900 DISCHARGE       900   G
RELEASE TO COMMUNITY RESIDENCE        1/31/1990  1   3NI CS2-BELLMORE    302   G
TRANSFER AMONG DOC LOCATIONS          1/18/1990  1   135 GATES CCI       135   G
SENTENCED BY COURT                    1/12/1990  1   122 NEW HAVEN CCC   122   G
TRANSFER AMONG DOC LOCATIONS         12/14/1989  1   122 NEW HAVEN CCC   122   G
RETURN FROM SHR WITH CHARGES         12/12/1989  2   131 UNION AVE DC    131   G
RETURN FROM SHR WITH CHARGES         12/12/1989  1   131 UNION AVE DC    131   G
RELEASE TO COMMUNITY RESIDENCE        9/26/1989  1   3NG CS2-TAYLOR      302   G
TRANSFER AMONG DOC LOCATIONS          7/05/1989  1   111 J.R.MANSON YI   111   G
READMISSION W/ SENTENCE GT 1 YEAR     6/23/1989  2   123 BRIDGEPORT CC   123   G
DISCHARGED, DID NOT RETURN FROM COURT 6/23/1989  1   900 DISCHARGE       900   U
TRANSFER AMONG DOC LOCATIONS          6/20/1989  1   122 NEW HAVEN CCC   122   U
READMISSION, CONTINUED                6/13/1989  1   131 UNION AVE DC    131   U

CWVF  7/06/2007    CT DEPT OF CORRECTION - MOVEMENTS - RT60
TRANSACTION: P/N    NUMBER:  00146424
                                                        ENTER FOR NEXT PAGE
```

I WAS ON PAROLE WHEN THE GOVERNMENT CLAIMED I WAS ARRESTED. THERE IS NO JANUARY 18th, 1991 ARREST OR MARCH 19th, 1991 ARREST AS YOU CAN SEE I WOULD OF NEVER MADE IT OUT OF JAIL IF THAT WAS ME.

THAT WOULD RESULT OF A RECALCULATION OF MY CRIMINAL HISTORY POINTS TO BE 11. THUS REDUCING IT BY 9 WHICH RESULTED FROM A MISS CALCULATION.

```
MOVEMENTS        NUMBER:    146424     NAME:   THOMPSON,EVERETT CRAIG    PAGE    1
FILE:  CEN.REC.WRHSE                   MED FILE:  BRIDGEPORT CCC
                                          DATE    SEQ    LOCATION           JUR  STA
DISCHARGE TO FEDERAL AUTHORITIES        7/12/2002  1   900 DISCHARGE         900   X
READMISSION, FROM FEDERAL AUTHORITIES   3/25/2002  1   122 NEW HAVEN CCC     5FM   X
DISCHARGE FROM PAROLE, END OF SENTENCE  12/12/1995 1   910 D/CHG ALL SNT     910   G
RELEASE TO SUPERVISED PAROLE            10/05/1995 1   4NB PO2-GRIFFIN       4P2   G
RETURN FROM PAROLE WITH CHARGES         9/28/1995  1   123 BRIDGEPORT CC     123   G
RELEASE TO SUPERVISED PAROLE            3/02/1995  1   4NB PO2-GRIFFIN       4P2   G
TRANSFER AMONG DOC LOCATIONS            9/12/1994  1   135 GATES CCI         135   G
TECHNICAL VIOL OF HOME SUP RELEASE      8/25/1994  1   122 NEW HAVEN CCC     122   G
RELEASE TO COMMUNITY RESIDENCE          6/23/1993  1   3NI CS2-BELLMORE      302   G
TRANSFER AMONG DOC LOCATIONS            5/11/1993  1   116 ROBINSON CI       116   G
TRANSFER AMONG DOC LOCATIONS            4/22/1993  1   114 MCDGL/WLKR CI     114   G
START SERVING SENTENCE (1+)             4/16/1993  1   124 CORR/RAD CC       124   G
TRANSFER AMONG DOC LOCATIONS            2/22/1993  1   124 CORR/RAD CC       124   U
TRANSFER AMONG DOC LOCATIONS            1/25/1993  1   122 NEW HAVEN CCC     122   U
TRANSFER AMONG DOC LOCATIONS           11/20/1992  1   124 CORR/RAD CC       124   U
TRANSFER AMONG DOC LOCATIONS           11/18/1992  1   122 NEW HAVEN CCC     122   U
TRANSFER AMONG DOC LOCATIONS            5/29/1992  1   124 CORR/RAD CC       124   U

CWVF  7/06/2007    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00146424
                                                              ENTER FOR NEXT PAGE
```

Date: 7/6/2007 Time: 2:58:31 PM

```
MOVEMENTS   NUMBER:  146424          NAME:  THOMPSON,EVERETT CRAIG    PAGE   3
FILE:  CEN.REC.WRHSE                 MED FILE:  BRIDGEPORT CCC

                                        DATE     SEQ    LOCATION            JUR  STA
DISCHARGE FROM CMTY RESIDENCE          3/22/1988  1   900 DISCHARGE          900  L
RELEASE TO COMMUNITY RESIDENCE        11/03/1987  1   3NP CS2-CASANOVA       302  L
TRANSFER AMONG DOC LOCATIONS           9/02/1987  1   111 J.R.MANSON YI      111  L
SENTENCED BY COURT                     8/28/1987  1   121 HARTFORD CCC       121  L
TRANSFER AMONG DOC LOCATIONS           7/28/1987  1   121 HARTFORD CCC       121  U
TRANSFER AMONG DOC LOCATIONS           7/27/1987  1   122 NEW HAVEN CCC      122  U
TRANSFER AMONG DOC LOCATIONS           7/13/1987  1   121 HARTFORD CCC       121  U
CONTINUED BY COURT                     6/26/1987  2   129 MORGAN ST DC       129  U
READMISSION,TEMPORARY SURRENDER        6/26/1987  1   129 MORGAN ST DC       129  U
DISCHARGED, SENTENCE TIME SERVED       3/16/1987  1   900 DISCHARGE          900  L
TECHNICAL VIOL OF COMMUNITY RELEASE    2/17/1987  1   111 J.R.MANSON YI      111  L
RELEASE TO COMMUNITY RELEASE           1/05/1987  1   22I H2-SHERMAN HO      402  L
TRANSFER AMONG DOC LOCATIONS          11/21/1986  1   111 J.R.MANSON YI      111  L
SENTENCED BY COURT                    11/19/1986  1   122 NEW HAVEN CCC      122  L
TRANSFER AMONG DOC LOCATIONS          11/10/1986  1   122 NEW HAVEN CCC      122  U
CONTINUED BY COURT                    11/03/1986  1   131 UNION AVE DC       131  U
READMISSION,TEMPORARY SURRENDER       11/02/1986  1   131 UNION AVE DC       131  U

CWVF   7/06/2007      CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00146424
                                                           ENTER FOR NEXT PAGE
```

Date: 7/6/2007 Time: 2:58:46 PM

```
MOVEMENTS  NUMBER: 146424        NAME: THOMPSON,EVERETT CRAIG    PAGE    4
FILE: CEN.REC.WRHSE              MED FILE: BRIDGEPORT CCC
                                   DATE     SEQ   LOCATION           JUR STA
DISCHARGED, DID NOT RETURN FROM COURT  7/10/1986 1  900 DISCHARGE    900  U
NEW ENTRY,ACCUSED-CONTINUED            6/24/1986 1  123 BRIDGEPORT CC 123  U



CWVF  7/06/2007      CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60       END
TRANSACTION: P/N    NUMBER:  00146424
```

Date: 7/6/2007 Time: 2:58:49 PM