UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :
v.                              :        Crim. No. 3:02-cr-95(AHN)
                                :
EVERETT CRAIG THOMPSON          :

ORDER

Upon the defendant's pro se motion seeking a reduction in his sentence pursuant to Amendment 706 to U.S.S.G. § 2D1.1 and 18 U.S.C. § 3582(c), it is hereby

ORDERED that a response by defendant's counsel, addressing the findings in the supplemental Presentence Report prepared by the United States Probation Office and the arguments in the government's amended notice regarding the motion to reduce sentence, is due on or before July 7, 2008.

SO ORDERED.

Dated at Bridgeport, Connecticut this 20th day of June 2008.

_____/s/_____
Alan H. Nevas
United States District Judge