UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02cr95 (AHN) |
| VS. | |
| EVERETT CRAIG THOMPSON | JUNE 24, 2008 |

## MOTION FOR EXTENSION OF TIME

The undersigned hereby requests and extension of three (3) weeks concerning the Order for Defense Counsel to file a response to the findings of the Supplemental Presentence Report. The reason for this request is that counsel is currently on trial before the Honorable Alvin Thompson in *USA vs. Alaa Aljaber*, docket no. 3:07cr131 (AWT), and expects it will continue into the first week of July.

Assistant U.S. Attorney Gordon Hall, has no objection to this filing of this motion.

RESPECTFULLY SUBMITTED,
DEFENDANT, EVERETT CRAIG THOMPSON


BY _____
 JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
203-777-3777
FEDERAL BAR NO.  ct00163

**CERTIFICATION**

      This is to certify that a true and correct copy was mailed on the above date to the following counsel of record:

Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06510

_____
JONATHAN J. EINHORN